UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**United States of America**                                               **Plaintiff**

v.                                    Case No.: 4:18–mj–00324–JJV

**Harold L Moody, Jr**                                                     **Defendant**

---

# NOTICE OF HEARING

     PLEASE take notice that a Initial Appearance has been set in this case for November 6, 2018, at 10:00 AM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** November 6, 2018            AT THE DIRECTION OF THE COURT
                                              JAMES W. McCORMACK, CLERK

                                              **By:** /s/ Lorna E. Jones, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas