U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
NOV - 2 2018
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____ Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 4:18-MJ-00324 JJV |
| ) | **FILED UNDER SEAL** |
| HAROLD L. MOODY, JR. ) | |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

The United States requests that the above-styled complaint and arrest warrant be sealed until the defendant is in custody or has been released pending trial. This request is made in consideration of the safety of the agents involved in the execution of the arrest warrant in this case.

CODY HILAND
United States Attorney

By: _____
KRISTIN H. BRYANT (2009156)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
Kristin.Bryant@usdoj.gov

## ORDER

Pursuant to the above request, the complaint and arrest warrant in this matter shall be sealed until all the defendant is in custody or has been released pending trial.

_____     _Nunc Pro Tunc 11/2/18_
JOE J. VOLPE                                              DATE
United States Magistrate Judge