## CRIMINAL CASE MINUTES

  **Case Title:**  USA v Harold L. Moody, Jr.

  **Case Number:**  4:18mj00324 JJV

  **Before U.S. Magistrate Judge Joe J. Volpe**

  **Date of hearing:**  November 6, 2018

  **Time in court:**  10:23 a.m. - 10:27 a.m.

  **ECRO/CRD:**  Lorna Jones

The parties appeared for an initial appearance hearing on a complaint arrest warrant. Mr. Moody was advised of his rights and the nature of the proceeding. Based on financial information received by the Court, Chris Tarver with the FPD Office was appointed and on behalf of his client waived his rights to an identity and probable cause hearing but reserved his rights to a detention hearing to be requested at a later date. The Court will enter an order of detention and Defendant was remanded to USM custody. Court adjourned.

  **AUSA:**  Kristin Bryant

  **Defense Counsel:**  Chris Tarver

  **USPO:**  Emma Burleson