U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**

NOV - 6 2018

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>HAROLD L. MOODY, JR.<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No. 4:18-mj-00324 JJV<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  HAROLD L. MOODY, JR._____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 2252(a)(2): distribution and receipt of child pornography
Title 18 U.S.C. § 2252(a)(4)(B): possession of child pornography/access with intent to view

Date:  11/02/2018

*Issuing officer's signature*

City and state:   Little Rock, Arkansas

Joe J. Volpe, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/02/2018, and the person was arrested on *(date)* 11/05/2018
at *(city and state)* _____.

Date:  11/09/2018

*Arresting officer's signature*

JAY SEDGEBEER, SPECIAL AGENT
*Printed name and title*